UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALERIS ALUMINUM CANADA L.P. and
ALERIS ALUMINUM KOBLENZ GmbH,
    Plaintiffs,

v.

Case No. 09-10490

Honorable Patrick J. Duggan

VALEO, INC.,
    Defendant.
_____/

VALEO, INC.,
    Counter-Plaintiff,

v.

ALERIS ALUMINUM CANADA L.P.,
    Counter-Defendant.
_____/

## JUDGMENT

This matter is before the Court on Aleris Aluminum Canada L.P.'s Motion for Summary Judgment.[1] For the reasons set forth in an opinion issued this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that a judgment is entered in Aleris Aluminum Canada L.P.'s favor in the amount of One-Million, Four-Hundred-Seventy-Three-Thousand, Six-Hundred-Ninety-Two Dollars and Twenty-Four Cents ($1,473,692.24) plus pre-judgment interest at a rate of 5% per annum as provided for under Michigan law.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Valeo Inc.'s

---

[1] Aleris Aluminum Koblenz GmbH previously dismissed its claims.

counterclaims against Aleris Aluminum Canada L.P. are **DISMISSED WITH PREJUDICE**.

                                                    s/PATRICK J. DUGGAN
                                                    UNITED STATES DISTRICT JUDGE

Dated: June 8, 2010

copies to:
Sarah C. Lindsey, Esq.
Daniel W. Linna, Jr., Esq.
Edward T. Sable, Esq.